GREGORY KOLOMIETS *v.* SYNCOR INTERNATIONAL
CORPORATION ET AL.

The defendants' petition for certification for appeal. from the Appellate Court, 51 Conn. App. 523 (AC 17368), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the compensation review board improperly reversed the commissioner's finding and award?"

The Supreme Court docket number is SC 16081.

*Jason M. Dodge,* in support of the petition.

*Seth J. Antin,* in opposition.

Decided March 17, 1999

FIRST UNION NATIONAL BANK *v.* BENJAMIN
BONITO, JR., ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 51 Conn. App. 327 (AC 17758/17759/17760/17761), is denied.

BERDON, J., dissenting. I would grant the named defendant's petition for certification to appeal.

*Jerald S. Barber,* in support of the petition.

*Mark L. Bergamo,* in opposition.

Decided March 17, 1999